**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                             CASE NO. 3:02MJ303

STEPHANIE COLVIN

**REFERRAL AND ORDER**

Referred to Magistrate Judge Davis on  January 22, 2008
Type of Motion/Pleading: Letter/Motion to Waive the State's Requirement for Interlock Device
Filed by: defendant    on 1/22/08    Document  14
( )  Stipulated/Consented/Joint Pleading
RESPONSES:
_____ on _____ Doc.# _____
_____ on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

/s/ Joanne Ahr
Deputy Clerk: Joanne Ahr

**ORDER**

Upon consideration of the foregoing, it is ORDERED this 22nd day of January, 2008, that:

(a)  The requested relief is DENIED.
(b)  _____

/s/ Miles Davis

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to: _____

Document No.